# CORPORATE RESOLUTION

I, **Ramon E. Casanas Vicente**, of legal age, married, Secretary of **Ravico of Puerto Rico, Inc.**, and resident of Trujillo Alto, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting held on September 3, 2010, the Board of Directors of Ravico of Puerto Rico, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 7 of the Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of attorney Wanda I. Luna-Martinez would be retained for such purposes.

5. That it was also agreed that Mr. Ramon Vicente Alba, President, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

I sign this Resolution today the 7 day of September 2010.

Ravico of Puerto Rico, Inc.

By: _____
Ramon E. Casanas Vicente
Secretary of Ravico of Puerto Rico, Inc.