IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                             Case No. 10-08492-SEK

RAVICO OF PUERTO RICO, INC.            Chapter 7

     Debtor.
_____/

NOTICE OF INTENT TO SELL PROPERTY
AT PUBLIC SALE FREE AND CLEAR OF LIENS
(Shorten Notice Period Requested)

     NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

**Lot 1: VEHICLES:**

**2000 ISUZU TRUCK VIN: JALC4B15917014624**
**2003 HONDA PILOT VIN: 2HKYF186X3H518950**
**2004 FORD F 450. VIN: 1FDXF46P74EB43606**
**2004 FORD F 450. VIN: 1FDXF46P54EB43605**

**A copy of the licenses are attached as Exhibit "A".**

Pictures taken by Trustee are attached as **Exhibit "B".**

The value of the vehicle per the Debtor for the 2000 Isuzu Truck is $6,000.00; for the 2003 Honda Pilot is $9,000.00. The two 2004 Ford F 450 are subject of lease contracts with Popular Auto. The debtor did not provide the value for the same.

The minimum bid accepted by the Trustee for the Vehicle will be: $5,000.00 for the 2000 Isuzu Truck, $7,000.00 fort he 2003 Honda Pilot, and for the 2004 Ford F 450 the minimum bid will be $10,000.00 each.

**A public auction date has been scheduled for Tuesday, October 12, 2010, at 2:00 PM, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of inventory will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. Sale shall be free and clear of liens; such liens, if any, shall attach to proceeds. *See* 11 U.S.C. § 363(f).

2. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in cash or check, on adjudication at the auction.

3. The minimum amount to be considered as a bonafide offer for the **Vehicles** comprised in this sale for will be $5,000.00 for the 2000 Isuzu Truck, $7,000.00 for the 2003 Honda Pilot, and for the two 2004 Ford F 450 the minimum bid will be $10,000.00 each. Increments will be in the 100.00.

4. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **FIVE (5) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

5. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

6. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

7. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

8. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

9. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **FIVE (5) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **FIVE (5) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I hereby certify that** copy of this notice has been served by ECF Electronic Mail to: Wanda Luna, PMB 389, PO Box 194000, San Juan, PR 00919-4000, and United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 30th day of September of 2010.

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
Fax (787) 946-0133
noreen@nwr-law.com

4-22535959
S0078573...

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**DIRECTORIA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES**

2004 FORD F450 BLANCO
CAMION PESADO (PRIVADO), PESADO PRIVADA
Descripción y Clasificación de Vehículo

6311903  21ENE2004  H38407====  3366792
Registración  Fecha Registro  Tablilla  Título

'04  FORD  F45  BLA  #2  #8  *250
Año  Marca  Modelo  Color  Puertas  Cilin  Cab Fuerza

1FDXF46P74EB43606  10900  **4,100========
VIN (Número de Serie)  Peso Desc  Capacidad Carga

======  ======================  $31,546
Dealer  Venta Condicional  Precio Contrib

FEB 2010 A ENE 2011  1850 2016  31ENE2011
Vigencia  Marbete  Expiración

POPULAR AUTO INC
SUITE 115
1901 AVE JESUS T PINERO
SAN JUAN PR 00920-5608
Dueño del Vehículo y Dirección Postal

SUITE 115
1901 AVE JESUS T PINERO
SAN JUAN PR 00920-5608
Dirección Residencial, sólo si es diferente a Postal

P.VENTA  $34,700  ******

POPULAR AUTO
JAN 0? 2010
T-1002
CASHED
SJ-594

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden c Ley |
|---|---|---|---|---|
| | | MULTAS | $0.00 | |
| | | DERECHOS ANUALES | $121.00 | |
| | | ACAA | $35.00 | |
| | | SEGURO OBLIG | $148.00 | |
| | | IMPORTE TOTAL | $304.00 | |

## PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES

**dtop** — ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR

6-31073761

### Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|
| 8369577 | 29AGO2009 | $200.00 | | L |

**Descripción y Clasificación de Vehículo:** 2001 ISUZU INC VEH BLANCO, CAMION PESADO (PRIVADO), PESADO PRIVADA

**Registración:** 5821287  **Fecha Registro:** 15DIC2000  **Tablilla:** H36918****  **Título:** 2875420

**Año:** 2001  **Marca:** ISU  **Modelo:** TK  **Color:** INC BLA  **Puertas:** *2  **Cilin:** *04  **Cab Fuerza:** *142

**VIN:** JALC4B15917014624  **Peso Desc:** 4890  **Capacidad Carga:** ***8,420****

**Dealer:** ********  **Venta Condicional:** ********  **Precio Contrib:** $21,760

**Vigencia:** ENE 2010 A DIC 2010  **Marbete:** 17432508  **Expiración:** 31DIC2010

RAVICO OF PUERTO RICO INC
PO BOX 29670
SAN JUAN PR 00929

**Dueño del Vehículo y Dirección Postal**

PARQUE IND SABANA LLANA
CALLE LA BRISA 7
SAN JUAN PR 00929

**Dirección Residencial, sólo si es diferente a Postal**

P. VENTA: *23,942  ******

**Licencia:** 20091016-0000000-000-000-9018-16551746

MULTAS $200.00

*Se exonera de boleto pagado en Colecturia Puerto Nuevo 28/5/2009*

[signature]
o d l gut
D.F.M
$304.00

**Sello:** Estado Libre Asociado de Puerto Rico — DEPARTAMENTO DE HACIENDA — 1178 Colecturía Puerto Nuevo — NO PAGADO — DEC 23 2009 — VÁLIDA SIN EL SELLO DE PAGO — 0-26490

DERECHOS ANUALES: $121.00
ACAA: $35.00
SEGURO OBLIG: $148.00
IMPORTE TOTAL: 304.00

REQUIERE INSPECCIÓN VEH. DE MAS DE DOS AÑOS — ORIGINAL DUEÑO

## PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES

**dtop** — ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR

6-31073761

### Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|
| 8369577 | 29AGO2009 | $200.00 | | L |

**Descripción y Clasificación de Vehículo:** 2001 ISUZU INC VEH BLANCO, CAMION PESADO (PRIVADO), PESADO PRIVADA

**Registración:** 5821287  **Fecha Registro:** 15DIC2000  **Tablilla:** H36918****  **Título:** 2875420

**Año:** 2001  **Marca:** ISU  **Modelo:** TK  **Color:** INC BLA  **Puertas:** *2  **Cilin:** *04  **Cab Fuerza:** *142

**VIN:** JALC4B15917014624  **Peso Desc:** 4890  **Capacidad Carga:** ***8,420****

**Dealer:** ********  **Venta Condicional:** ********  **Precio Contrib:** $21,760

**Vigencia:** ENE 2010 A DIC 2010  **Marbete:** 17432508  **Expiración:** 31DIC2010

RAVICO OF PUERTO RICO INC
PO BOX 29670
SAN JUAN PR 00929

**Dueño del Vehículo y Dirección Postal**

PARQUE IND SABANA LLANA
CALLE LA BRISA 7
SAN JUAN PR 00929

**Dirección Residencial, sólo si es diferente a Postal**

P. VENTA: *23,942  ******

**Licencia:** 20091016-0000000-000-000-9018-16551746

MULTAS $200.00

*Se exonera de boleto pagado en Colecturia Puerto Nuevo 28/5/2009*

[signature]
o d l gut
D.F.M
$304.00

**Sello:** Estado Libre Asociado de Puerto Rico — DEPARTAMENTO DE HACIENDA — 1178 Colecturía Puerto Nuevo — NO PAGADO — DEC 23 2009 — VÁLIDA SIN EL SELLO DE PAGO — 0-26490

DERECHOS ANUALES: $121.00
ACAA: $35.00
SEGURO OBLIG: $148.00
IMPORTE TOTAL: 304.00

REQUIERE INSPECCIÓN VEH. DE MAS DE DOS AÑOS — ORIGINAL DUEÑO

Nótuso

# dtop

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES**

4-22536034
5007 857

Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mín. |
|---|---|---|---|

2004 FORD F450 BLANCO
CAMION PESADO (PRIVADO), PESADO PRIVADA
Descripción y Clasificación de Vehiculo

| 6327757 | 21ENE2004 | H38406==== | 3382642 |
| Registración | Fecha Registro | Tablilla | Título |
| 2004 | FORD F45 | BLA | *2 *8 *300 |
| Año | Marca Modelo | Color | Puertas Cilin. Cab Fuerza |

1FDXF46P54EB43605   10960  **4,040========
VIN (Numero de Serie)   Peso Desc. Capacidad Carga

====== ======================== $31,546
Dealer   Venta Condicional         Precio Contrib.
FEB 2010 A ENE 2011   1802017   31ENE2011
Vigencia              Marbete   Expiración

POPULAR AUTO INC
SUITE 215
1901 AVE JESUS T PINERO
SAN JUAN PR 00920-5608
Dueño del Vehiculo y Dirección Postal

SUITE 215
1901 AVE JESUS T PINERO
SAN JUAN PR 00920-5608
Dirección Residencial, solo si es diferente a Postal

P. VENTA   $34,700   ******

[Stamp: POPULAR AUTO JAN 2010 T-1002 CASHED]
SJ-594

| MULTAS | $0.00 |
|---|---|
| DERECHOS ANUALES | $121.00 |
| ACAA | $35.00 |
| SEGURO OBLIG | $148.00 |
| IMPORTE TOTAL | $304.00 |

Recibido por:
[signature]

1/29/10

# PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES

**0-83209381**

DIRECTORIA DE SERVICIO AL CONDUCTOR

2003 honda pilot gris claro
automovil (privado), auto privado

2003 honda pilot    FHC971    G150646

2003 hond pil    BTC    #14    #6    #240

2HKYF185X3H518950    Articulo 15.02

RELFIN-27882775    $35,072

Dealer:    Venta Condicional    Precio Contrib

oct 2010 a sep 2011    30sep2011
Marbete    **Expiración**

BAYCO OF PUERTO RICO INC
PO BOX 27670
SAN JUAN PR 00929

PARQUE IND SABANA LLANA    NO ES
CALLE LA BRISAS 7    VALIDA
SAN JUAN PR 00929    SIN EL SELLO
                     DE PAGO
P.VENTA    $44,617    ******

501007190000000000-000-000-9018-18418152

| | Fecha | Cantidad | |
|---|---|---|---|
| 2211187 | 19ene2010 | $15 | 71 C |
| | Multas | $15.00 | |
| | Derechos Anuales | $50.00 | |
| | ACAA | $35.00 | |
| | Seguro Oblig | $99.00 | |
| | Importe Total | $199.00 | |

Relación de Multas Administrativas

REQUIERE INSPECCION VEH. DE MAS DE DOS AÑOS ORIGINAL DUEÑO

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08492-SEK7<br>District of Puerto Rico<br>Old San Juan<br>Thu Sep 30 13:22:51 AST 2010 | BANCO BILBAO VIZCAYA<br>WILLIAM SANTIAGO SASTRE ESQ<br>PO BOX 19328<br>SAN JUAN, PR 00910-1328 | PARRISH TIRE COMPANY<br>O'NEILL & GILMORE P S C<br>CITIBANK TOWER SUITE 1701<br>252 PONCE DE LEON AVE<br>SAN JUAN, PR 00918-2001 |
| RAVICO OF PUERTO RICO INC<br>PO BOX 29670<br>SAN JUAN, PR 00929-0670 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 |
| ADT SECURITY SERVICES<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | AEE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | AMERICAN EXPRESS<br>PO BOX 53773<br>PHOENIX, AZ 85072-3773 |
| AMERIICAN DISTRIBUTORS<br>PO BOX 3145<br>HUNTERSVILLE, NC 28070-3145 | ARB, INC<br>PO BOX 1055<br>CATANO, PR 00963-1055 | AXESA SERVICIOS DE INFORMACION<br>PO BOX 70373<br>SAN JUAN, PR 00936-8373 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CARMEN I. MORALES AVILES<br>112 PLAZA SILVESTRE<br>ENTRERIOS ENCANTADA<br>TRUJILLO ALTO, PR 00976-6169 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DE LANGE<br>PO BOX 41061<br>PHILADELPHIA, PA 19127-0061 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| IRS<br>2 PONCE DE LEON AVE SUITE 904<br>SAN JUAN, PR 00918-1616 | JAN PRO CLEANING SERVICES<br>289 JESUS T PINERO AVE<br>SAN JUAN, PR 00927-3901 | LIBERTY FINANANCE, INC<br>PO BOX 71493<br>SAN JUAN, PR 00936-8593 |
| MUNICIPIO DE CATANO<br>PO BOX 428<br>CATANO, PR 00963-0428 | MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>SAN JUAN, PR 00936-8179 | PARRISH TIRE COMPANY<br>5130 INDIANA AVE.<br>WINSTON SALEM, NC 27106-2822 |
| POPULAR AUTO<br>POBOX 71375<br>SAN JUAN, PR 00936-8475 | R. VICENTE & CO, INC.<br>PO BOX 29670<br>SAN JUAN, PR 00929-0670 | RAMON VICENTE<br>PO BOX 29670<br>SAN JUAN, PR 00929-0670 |
| WORLDNET TELECOMMUNICATIONS, INC<br>PO BOX 70201<br>SAN JUAN, PR 00936-8201 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | NOREEN WISCOVITCH RENTAS<br>PO BOX 20438<br>WEST PALM BEACH, FL 33416-0438 |

```
WANDA I. LUNA MARTINEZ              End of Label Matrix
PMB 389                             Mailable recipients    30
PO BOX 194000                       Bypassed recipients     0
SAN JUAN, PR 00919-4000             Total                  30
```